Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Raymond G. Barnett* for petitioner. *Mr. Maurice H. Winger* for respondent.

No. 564. BUFFUM, TRUSTEE IN BANKRUPTCY, *v.* PETER BARCELOUX Co. January 23, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Robert T. Devlin, William H. Devlin,* and *George R. Freeman* for petitioner. *Mr. Stephen W. Downey* for respondent.

No. 565. HURN ET AL. *v.* OURSLER ET AL. January 23, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Louis W. McKernan* and *Keith Lorenz* for petitioners. *Messrs. Arthur Garfield Hays, Alan S. Hays, Fulton Brylawski, Benjamin Pepper,* and *Emily Holt* for respondents.

No. 594. ROSSI ET AL. *v.* UNITED STATES. February 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted, limited to the question of the sufficiency of the evidence to support conviction upon the third and fourth counts. *Messrs. I. R. Wasson,* and *Peter Rossi* for petitioners. Solicitor General Thacher, Assistant Attorney General Youngquist, and *Messrs. Paul D. Miller, John J. Byrne,* and *W. Marvin Smith* for the United States.

No. 571. EDELMAN, STATE TREASURER, ET AL. *v.* BOEING AIR TRANSPORT, INC. February 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the